| | | | |
|---|---|---|---|
| Com. v. Kriegner ... | 03/23/2016 956 MAL (2015) | Denied | Pa.Super., 134 A.3d 495 |
| Com. v. Lowe ...... | 03/30/2016 680 EAL (2015) | Denied | Pa.Super., 134 A.3d 500 |
| Com. v. Luca- baugh [15] ........ | 03/23/2016 948 MAL (2015) | Denied | Pa.Super., 134 A.3d 491 |
| Com. v. Lunsford ... | 03/23/2016 496 WAL (2015) | Denied | Pa.Super., 134 A.3d 497 |
| Com. v. Martinez [16] | 03/30/2016 601 EAL (2015) | Denied | Pa.Super., 133 A.3d 73 |
| Com. v. Matthews .. | 03/23/2016 916 MAL (2015) | Denied | Pa.Super., 134 A.3d 480 |
| Com. v. McGee ..... | 03/30/2016 497–500 WAL (2015) | Denied | Nos. 49 WDA 2015, 215–217 WDA 2015 |
| Com. v. McKay [17] ... | 03/30/2016 446 WAL (2015) | Denied | Pa.Super., 134 A.3d 99 |
| Com. v. McPherson | 03/23/2016 654 EAL (2015) | Denied | Pa.Super., 134 A.3d 479 |
| Com. v. Merkling- er [18] ............. | 03/23/2016 896 MAL (2015) | Denied | Pa.Super., 134 A.3d 109 |
| Com. v. Merritt..... | 03/23/2016 730 MAL (2015) | Denied | Pa.Super., 131 A.3d 108 |

15. Justice DONOHUE did not participate in the consideration or decision of this matter.

16. Justice DONOHUE did not participate in the consideration or decision of this matter.

17. Justice WECHT did not participate in the consideration or decision of this matter.

18. Justice DOUGHERTY did not participate in the consideration or decision of this matter.